## Marcus Antonio FRIERSON, a/k/a Antonio Marcus Frierson, Plaintiff–Appellant,

v.

ACC Warden W. BELL; Sgt. Malcom X. Williams; R. Hilton, SMU; B. Obvermen, SMU; Lt. E. Mims, SMU; John Ozmint, Defendants–Appellees,

and

Capt Hughes; Sgt. G. Toney; OFC Richard McConico; OFC Parker, BM SMU; Sgt G. Perason; Lt. Cedric June, Defendants.

No. 12–7745.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2013.

Decided: Feb. 25, 2013.

Marcus Antonio Frierson, Appellant Pro Se. Edgar Lloyd Willcox, II, Willcox Buyck & Williams, PA, Florence, South Carolina, for Appellees.

Before DAVIS, DIAZ, and THACKER, Circuit Judges.

PER CURIAM:

Marcus Antonio Frierson appeals the district court's judgment entered for the Defendants following a jury trial on his 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*